TEEL *v.* GRIFFIN.

ATKINSON, J.   1. The assignments of error on the excerpts from the charge, considered in connection with the evidence and the entire charge, afford no ground for the grant of a new trial.

2. Possession, to be the foundation of a prescription, must not have originated in fraud, but direct evidence of bona fides is not required. A presumption of good faith arises from adverse possession. *Baxley* v. *Baxley,* 117 *Ga.* 60 (4), 62 (43 S. E. 436) ; *Johnston* v. *Neal,* 67 *Ga.* 528; Powell on Actions for Land, § 307, note 10.   Accordingly, in an action of complaint for land, where the defendant relied on a prescriptive title based on possession under a color of title, and there was evidence to show that a prescriber with whom the defendant connected his claim of title entered possession as grantee in a deed purporting to be based on a valuable consideration, and maintained actual possession of a part of the land described in the deed for the requisite period, it was not necessary, in order to support a prescription, that the defendant go further and adduce other evidence as to the good faith of the prescriber.

3. The evidence was sufficient to support the verdict, and there was no abuse of discretion in refusing to grant a new trial.

> *Judgment affirmed.   All the Justices concur.*
> AUGUST 18, 1914.

Complaint for land.   Before Judge Parker.   Ware superior court. March 8, 1913.

*John S. Walker* and *Andrew B. Estes,* for plaintiff.

*J. L. Sweat,* for defendant.

---

SAUL & COMPANY *et al. v.* SCHLOMERG *et al.*

FISH, C. J.   1. The evidence authorized the jury to find that a partnership existed.

2. In the brief of counsel for plaintiffs in error it is stated that, while they do not abandon any of the grounds of the motion for a new trial, all of the alleged errors revolve about the question whether or not the evidence construed most favorably for the plaintiffs made a case of partnership. Having held that it did, none of the other grounds of the motion is such as to require a reversal.

> *Judgment affirmed.   All the Justices concur.*
> AUGUST 18, 1914.

Complaint.   Before Judge Ellis.   Fulton superior court.   May 17, 1913.

*Dorsey, Brewster, Howell & Heyman,* for plaintiffs in error.

*O. J. Coogler* and *Joseph W. & John D. Humphries,* contra.